UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL E. PIECZYNSKI, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-1502 |
| v. | : | (JUDGE MANNION) |
| COMMONWEALTH OF PA, *et al.*, | : | |
| Defendants | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The report and recommendation of Judge Arbuckle, **(Doc. 7)**, is **ADOPTED IN ITS ENTIRETY**.

**(2)** The plaintiff's complaint, **(Doc. 1)**, is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed.R.Civ.P. 41.

**(3)** Plaintiff's "Motion to Confirm Common Law Arbitration Award", **(Doc. 6)**, and "Motion for Relief", **(Doc. 9)**, are **DENIED AS MOOT**.

**(4)** The objections to the report filed by plaintiff, **(Doc. 8)**, are **OVERRULED**.

- 2 -

**(5)**   The clerk of court is directed to close this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 19, 2021**
20-1502-02-ORDER